IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL RUBEN SALINAS | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. _____ |
| JAMES R. MARTIN AND | § | JURY DEMANDED |
| JAMES F. KOCHER | § | |

## DEFENDANT JAMES R. MARTIN'S NOTICE OF FILING NOTICE OF REMOVAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, pursuant to 28 U.S.C. §1441, Defendant James R. Martin (Defendant) removes this action from the 404th District Court of Cameron County, Texas to the United States District Court for the Southern District of Texas—Brownsville Division. Removal is proper on the following grounds:

1. Defendants James R. Martin and James F. Kocher are the defendants in the civil action *Daniel Ruben Salinas vs. James R. Martin, James F. Kocher*, 2017-DCL-02313-G brought in the 404th District Court of Cameron County, Texas.

### I.
### BASIS FOR REMOVAL

**A.**   *Complete Diversity*

2. Removal to federal court is proper because there is complete diversity between the parties. 28 U.S.C. §1332(a); *Darden v. Ford Consumer Fin. Co.,* 200 F.3d 753, 755 (11th Cir. 2000); *Laughlin v. Kmart Corp.,* 50 F.3d 871, 873 (10th Cir. 1995). Defendant seeks removal of this cause to this Court under 28 U.S.C. §1441 and the time for filing this Notice of Removal contained in 28 U.S.C. §1446 has not expired. The citation and petition in this action

were served on Defendant on or about April 11, 2017 in Marion, Indiana. Accordingly, this notice of removal is filed within 30 days of receipt of the petition and is timely filed under 28 U.S.C. § 1446(b).

3.    The district courts of the United States have original jurisdiction over this action based on diversity of citizenship among the parties, in that every defendant is now and was at the time the action was commenced diverse in citizenship from every plaintiff. No defendant is or was at the time the suit was commenced a citizen of the State of Texas.

4.    Plaintiff Daniel Ruben Salinas (Plaintiff) is domiciled in Hidalgo County, Texas and was domiciled there at the time this action was commenced. Plaintiff was at that time and is now a citizen of the State of Texas. Plaintiff's citizenship as evidenced by Plaintiff's Original Petition and Written Discovery to Defendant (Original Petition) attached hereto constitutes prima facie evidence of his domicile in the State of Texas.

5.    Defendant is domiciled at 6671 E. 100 S., Marion, Indiana, 46953 in Grant County, Indiana and was domiciled there are the time this action was commenced. Defendant was a citizen of the State of Indiana at the time this action was commenced and remains a citizen of the State of Indiana.

6.    Defendant James F. Kocher is domiciled at 400 W. Buckingham Dr., Marion, Indiana 46952. Defendant James F. Kocher was a citizen of the State of Indiana at the time this action was commenced and remains a citizen of the State of Indiana.

**B.**    ***Amount in Controversy Exceeds $75,000.00.***

7.    The amount in controversy in this action exceeds, exclusive of interest and costs, the sum of $75,000.00. Plaintiff's Original Petition, attached to this notice, states a claim against Defendants for over $200,000.000 for negligence and gross negligence. Should Plaintiff prevail

on the claims against Defendant stated in the Plaintiff's Original Petition, attached to this notice, Plaintiff would be entitled to damages in excess of $75,000.

## II.
## COMPLIANCE WITH LOCAL RULE 81

8. Pursuant to Local Rule 81 and 28 U.S.C. §1446(a), this Notice of Removal; all pleadings, process and other filings in the state court action; and an identification of all counsel of record are collectively attached to this notice as required by 28 U.S.C. §1446(a), as Exhibit "A."

9. Pursuant to Local Rule 81, Defendant has also included a copy of the state Court's docket sheet, as Exhibit "B;" copies of each document filed in the state court action, as Exhibits "C-1" through "C-4".

## III.
## NOTICE

10. Defendant will promptly file a copy of this Notice of Removal with the state court where the action has been pending and will promptly give notice of the filing and serve this Notice of Removal to all parties pursuant to 28 U.S.C. § 1446(d).

11. Contemporaneous with the filing of this Notice of Removal, Defendant will give written notice thereof to Plaintiff and file a copy of the Notice of Removal the Clerk of the 404th District Court of Cameron County, Texas and provide this Court with a Proof of Filing in state court. *See Exhibit "D"*

## IV.
## CONCLUSION & PRAYER

12. All pleadings, process, orders and other filings in the state court action are attached to this notice as required by 28 U.S.C. §1446(a), as Exhibit(s) "C-1" through "C-4".

13. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action is pending.

WHEREFORE, Defendant prays that the above-captioned action now pending against it in the 404th District Court of Cameron County, Texas, be removed to the United States District Court for the Southern District of Texas—Brownsville Division and issue this matter a cause number in which to proceed in your Honorable Court.

<div style="margin-left:3em">

Respectfully submitted,

ROBERTS MARKEL WEINBERG BUTLER HAILEY PC

*/s/ Rick V. Anderson*

_____
GREGG S. WEINBERG
Fed. No. 6799
TBA No. 21084150
Rick V. Anderson
Fed. No. 986458
TBA No. 24159047
CAITLIN B. FESTE
TBA No. 24085212
Fed. No. 1882750
2800 Post Oak Boulevard, 57th Floor
Houston, TX  77056
Telephone: (713) 840-1666
Facsimile: (713) 840-1666
gweinberg@rmwbhlaw.com
randerson@rmwbhlaw.com
cfeste@rmwbhlaw.com
**ATTORNEYS FOR DEFENDANT, JAMES R. MARTIN**

</div>

## CERTIFICATE OF SERVICE

      I hereby certify that pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing instrument was served upon the parties listed below by fax, delivery service, messenger, mail, and/or through the serving party's electronic filing service provider, this 9th day of May, 2017.

***Via Electronic Service***
Hector L. Rodriguez
Raul "Rudy" Rodriguez
HECTOR L. RODRIGUEZ LAW FIRM, PLLC
511 West University Drive
Edinburg, Texas 78539
hectorlawfirm@gmail.com
anointed511@gmail.com

                                                */s/ Rick V. Anderson*
                                                RICK V. ANDERSON