UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL RUBEN SALINAS,<br>Plaintiff, | § § § | |
| v. | § § | Civil Action No. 1:17-CV-103 |
| JAMES R. MARTIN et al.,<br>Defendants. | § § § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (Docket No. 16). No objections have been filed. After a *de novo* review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**.

It is therefore, **ORDERED, ADJUDGED**, and **DECREED** that "Plaintiff's Motion to Remand" (Docket No. 8) is **DENIED**.

Signed on this ___24th___ day of ___August___, 2017.

Rolando Olvera
United States District Judge