United States District Court
Southern District of Texas
**ENTERED**
November 16, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL RUBEN SALINAS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 1:17-CV-103 |
| | § | |
| JAMES R. MARTIN, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court is in receipt of Daniel Ruben Salinas's (hereafter "Plaintiff") "Stipulation of Dismissal with Prejudice" (Docket No. 44) in the above-captioned case. Plaintiff informs the Court that all matters related to this case were resolved and the parties are in agreement to dismiss this case with prejudice.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all remaining claims in the above-captioned case are **DISMISSED with prejudice**. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this 16th day of November 2018.

_____
Rolando Olvera
United States District Judge